SEALED

FILED

MAY 0 8 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____JJ_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 4:13-mj-1049

IN THE MATTER OF THE SEARCH OF )
Williams Seafood, Inc.,            )
192 Hill St., Engelhard, NC        )           **SEAL ORDER**

Upon motion of the United States and for good cause shown,

namely, to avoid compromising an ongoing investigation as set

out in the motion, it is hereby ORDERED that the Application and

Affidavit for Search Warrant regarding the captioned matter, and

the instant Motion and Order to Seal, be sealed by the Clerk for

a period of thirty (30) days from this date, except as otherwise

ordered by this Court; provided that a certified copy of the

same be given to the National Oceanic and Atmospheric

Administration and the Office of the United States Attorney.

SO ORDERED, this the 3rd day of May 2013.

James E. Gates
United States Magistrate Judge